

400 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Dir. Tel: 516.355.9602
Dir. Fax: 516.348.1708
sds@hornwright.com

**Spencer D. Shapiro, Esq.**
Counsel

November 19, 2025

**<u>VIA ECF</u>**
Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re.:   *Christopher Wright v. County of Nassau, et al.*
              24-cv-03587 (LDH)(ST)

Dear Judge Tiscione:

Horn Wright, LLP represents Plaintiff Christopher Wright in connection with the above referenced matter. This letter is written as a joint status report regarding the parties' settlement negotiations. Good faith negotiations are ongoing, however due to Plaintiff's incarceration and having to schedule calls with the state facility, negotiations are taking longer than expected. Therefore, the parties respectfully request a thirty (30) day extension to update the Court regarding the status of potential settlement. Notwithstanding, the parties are prepared to comply with Judge Bulsara's November 19, 2025 Order and will file a Proposed Joint Pre-Trial Order by January 5, 2026.

Thanking the Court for its time and consideration, I remain

Very truly yours,
**HORN WRIGHT, LLP**

*/S Spencer D. Shapiro*
Spencer D. Shapiro

SDS/dm
CC: All counsel of record (via ECF only)