

400 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Dir. Tel: 516.355.9602
Dir. Fax: 516.348.1708
sds@hornwright.com

**Spencer D. Shapiro, Esq.**
Counsel

December 29, 2025

**VIA ECF**
Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re.:    *Christopher Wright v. County of Nassau, et al.*
> 24-cv-03587 (LDH)(ST)

Dear Judge Tiscione:

Horn Wright, LLP represents Plaintiff Christopher Wright in connection with the above referenced matter. I am pleased to report that the parties have reached a settlement in the above-mentioned matter. A stipulation and order of dismissal will be filed once the payment is received.

Thanking the Court for its time and consideration, I remain

Very truly yours,
**HORN WRIGHT, LLP**

*/S Spencer D. Shapiro*
Spencer D. Shapiro

SDS/dm
CC: All counsel of record (via ECF only)