**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | January 27, 2026 |
| TIME: | 11:00 A.M. |
| DOCKET NUMBER(S): | CV-24-3587 (SJB) |
| NAME OF CASE(S): | Wright v. Nassau County et al. |
| FOR PLAINTIFF(S): | Shapiro |
| FOR DEFENDANT(S): | Zotto |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM   Telephone Conference           :

Parties report that they have reached a settlement and shall file the stipulation of dismissal by February 15, 2026.